UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF VERL A. BRANTNER,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING LLC, et al.,<br><br>Defendants. | C17-582 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed Motion for Leave to File First Amended Complaint for Damages, docket no. 14, is GRANTED. Plaintiff shall file a finalized version of the First Amended Complaint within fourteen (14) days of this Minute Order pursuant to LCR 15.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of December, 2017.

                                         William M. McCool
                                         Clerk

                                         s/Karen Dews
                                         Deputy Clerk

MINUTE ORDER - 1