UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF VERL A. BRANTNER,

    Plaintiff,

  v.

OCWEN LOAN SERVICING, LLC; and
QBE INSURANCE CORPORATION,

    Defendants.

C17-582 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to compel discovery, docket no. 22, is GRANTED as follows. Within fourteen (14) days of the date of this Minute Order, defendant Ocwen Loan Servicing, LLC ("Ocwen") shall disclose to plaintiff's counsel any written policy or procedure for handling insurance claims submitted pursuant to a forced-placed insurance policy. All documents disclosed by Ocwen shall be treated as confidential, and plaintiff's counsel shall not disclose such materials to anyone other than the Personal Representative of the Estate of Verl A. Brantner and an expert retained in this matter, both of whom shall also keep Ocwen's policies and procedures confidential. Ocwen's responses pursuant to this Minute Order shall not be used for any purpose other than this litigation.

(2) Ocwen's motion for protective order, docket no. 27, is GRANTED in part and DENIED in part as follows. Ocwen's request to change the date and location of the Rule 30(b)(6) deposition at issue is GRANTED. The Rule 30(b)(6) deposition shall be conducted in the city in which the deponent works, at a time mutually convenient to all counsel and the deponent, within twenty-eight (28) days of the date of this Minute Order. The Rule 30(b)(6) deponent shall be prepared to testify about Ocwen's understanding concerning its duties under Federal Housing Administration ("FHA") or other federal

MINUTE ORDER - 1

regulations, as well as its written or unwritten policies and procedures, if any, regarding the handling of insurance claims submitted pursuant to forced-place insurance policies. The transcript of such deposition shall be treated as confidential and may not be used for any purpose other than this litigation. Ocwen's motion is otherwise denied.

     (3)    The deadline for discovery is EXTENDED to June 26, 2018, only for purposes of making the disclosures required, and completing the deposition permitted, in this Minute Order. In directing Ocwen to produce its written policies and procedures, if any, and to tender a Rule 30(b)(6) witness, the Court has considered the factors set forth in Federal Rule of Civil Procedure 26(b)(1), and has concluded that the information sought is relevant to plaintiff's claims or Ocwen's defenses or both and is proportional to the needs of the case. The Court has not applied the obsolete definition of relevance quoted by plaintiff's counsel. *See* Reply at 2-3 (docket no. 30).

     (4)    The Court DECLINES to award attorney's fees or costs to either party in connection with this discovery dispute.

     (5)    Local counsel and pro hac vice counsel for Ocwen are DIRECTED to comply in the future with Local Civil Rule 83.1(d)(2), which requires local counsel to "review and sign all motions and other filings."

     (6)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of May, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk