UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF VERL A. BRANTNER,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC; and
QBE INSURANCE CORPORATION,

    Defendants.

C17-582 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulated motion, docket no. 37, brought by plaintiff Estate of Verl A. Brantner and defendant QBE Insurance Corporation ("QBE") is GRANTED and, in light of the settlement between these parties, plaintiff's claims against QBE are DISMISSED with prejudice and without costs.

(2) This case shall henceforth be captioned as follows:

    Estate of Verl A. Brantner,

        Plaintiff,

        v.

    Ocwen Loan Servicing, LLC,

        Defendant.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2018.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1