UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF VERL A. BRANTNER,

    Plaintiff,

v.

OCWEN LOAN SERVICING LLC,

    Defendant.

C17-582 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on defendant OCWEN Loan Servicing's Motion for Summary Judgment, docket no. 40, for Tuesday, August 7, 2018, at 10:00 AM.

(2) The Court designates this matter for mediation under LCR 39.1(c). The parties are ORDERED to mediate by July 27, 2018.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2018.

                    William M. McCool
                    Clerk

                    s/Karen Dews
                    Deputy Clerk

MINUTE ORDER - 1