UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF VERL A. BRANTNER,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | C17-582 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for summary judgment, docket no. 40, is DENIED. The existence of genuine disputes of material fact preclude summary judgment. *See* Fed. R. Civ. P. 56(a). The oral argument scheduled for August 7, 2018, at 10:00 a.m., is STRICKEN.

(2) A telephonic status conference is SET for 1:30 p.m. on July 26, 2018, to discuss the trial schedule. Counsel shall arrange a conference call among themselves and then contact the Court at (206) 370-8830.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of July, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1