UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF VERL A. BRANTNER,

Plaintiff,

v.

OCWEN LOAN SERVICING LLC,

Defendant.

C17-582 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion in limine, docket no. 53, is GRANTED in part, DENIED in part, and DEFERRED in part as follows:

 A. Motion in Limine No. 1 to Limit Plaintiff's CLA Claim to RCW 31.04.290(1)(c)&(e) is DEFERRED to the Pretrial Conference;

 B. Motion in Limine No. 2 to Prohibit or Limit Jury's Consideration of Plaintiff's CPA Claim is DENIED;

 C. Motion in Limine No. 3 to Disqualify Purported "Expert Opinion" of Witness David Forte is DENIED. The motion to limit his testimony is DEFERRED to Trial;

 D. Motion in Limine No. 4 to Conclusively Establish Certain Admissions by Plaintiff For Use at Trial is GRANTED. Plaintiff's responses to First Request shall be considered Admitted Facts and may be read to the jury during Trial;

MINUTE ORDER - 1

E. Motion in Limine No. 5 to Preclude Reference by Plaintiff to "Qualified Written Requests" is DENIED. The Court's ruling does not address the question of whether Plaintiff can seek recovery under 12 U.S.C. § 2605(e);

F. STIPULATED Motion in Limine No. 6 to Exclude Reference, Testimony, Argument, or Evidence of Other Lawsuits Against Ocwen at Trial is GRANTED; and

G. Motion in Limine No. 7 to Exclude Reference, Testimony, Argument, or Evidence of Litigation Fees and Costs is DEFERRED to the Pretrial Conference.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2