# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ESTATE OF VERL A. BRANTNER, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING LLC, <br><br> Defendant. | C17-582 TSZ <br><br> ORDER |

It is the ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals of said jurors at the expense of the United States Courts.

IT IS SO ORDERED.

Dated this 31st day of October, 2018.

                                          /s/ Thomas S. Zilly
                                          Thomas S. Zilly
                                          United States District Judge

ORDER - 1