UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF VERL A. BRANTNER,

Plaintiff,

v.

OCWEN LOAN SERVICING LLC,

Defendant.

C17-582 TSZ

JURY QUESTION

See next page.

JURY QUESTION- 1

Juror 2
Copy from Defendent of RCW with section highlighted showing what section they were adhering to

Answer:

Response given in open court on the record.

Dated this 31st day of October, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

JURY QUESTION- 3