UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF VERL A. BRANTNER,

Plaintiff,

v.

OCWEN LOAN SERVICING LLC,

Defendant.

C17-582 TSZ

JURY QUESTION

See next page.

JURY QUESTION- 1

RE: DAMAGES:

If we are to award damages, are we required to quantify "costs of investigation" or "cost of professional services to correct any errors" causally related to the unfair or deceptive act(s) or practice(s), or are we instead able to indicate that such fees are to be awarded without specifically quantifying them and delegate quantification to the judge?

PRESIDING JUROR/CHAIRPERSON

JURY QUESTION- 2

Answer:

It is your duty as the jury to determine whether plaintiff has proven any actual damages and, if so, how much.

If you award damages, you are not required to allocate between specific items of actual damages on the Verdict form. The Verdict form only asks for a total amount of actual damages, if any, which have been proven by the plaintiff.

Dated this 1st day of November, 2018.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

JURY QUESTION- 3