UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF VERL A. BRANTNER, | |
| Plaintiff, | |
| v. | C17-582 TSZ |
| OCWEN LOAN SERVICING LLC, | VERDICT |
| Defendant. | |

We, the jury, answer the questions submitted by the Court as follows:

Question No. 1

Do you find that Plaintiff Estate of Brantner is entitled to recover on its Consumer Protection Act ("CPA") claim against Ocwen?

Answer:   Yes ✓   No ____

**If your answer to Question No. 1 is "Yes," then proceed to Question No. 2. If your answer to Question No. 1 is "No," then sign and date the Verdict form.**

VERDICT - 1

Question No. 2

Did you find that Plaintiff Estate of Brantner has proven an unfair or deceptive act or practice under Instruction 13A?

Answer:    Yes  ✓    No ____

**Whether your answer to Question No. 2 is "Yes" or "No," proceed to Question No. 3.**

Question No. 3

Did you find that Plaintiff Estate of Brantner has proven a per se violation of the CPA under Instruction 13B?

Answer:    Yes  ✓    No ____

**Whether your answer to Question No. 3 is "Yes" or "No," proceed to Question No. 4.**

VERDICT - 2

Question No. 4

What amount of actual damages, if any, do you award to Estate of Brantner?

$ __88,159.40__

DATED this __1__ day of __NOVEMBER__, 2018.

_____
Presiding Juror

VERDICT - 3