UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF VERL A. BRANTNER,

    Plaintiff,

  v.

OCWEN LOAN SERVICING LLC,

    Defendant.

C17-582 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Ocwen Loan Servicing, LLC's ("Ocwen") Motion for Stay of Judgment Pending Appeal, docket no. 87, is GRANTED in part. The Court ORDERS that the judgment against Ocwen on November 6, 2018, is stayed pending Ocwen's posting of a supersedeas bond in the amount of $95,000.00.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of December, 2018.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1