UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF VERL A. BRANTNER,

Plaintiff,

v.

OCWEN LOAN SERVICING LLC, et al.,

Defendants.

C17-582 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Imposition of Punitive Damages Against Defendant Ocwen Loan Servicing LLC, docket no. 91, is GRANTED. Treble damages—in the amount of $25,000—are appropriate in light of Defendant Ocwen Loan Servicing LLC's repeated unfair and deceptive practices towards Plaintiff. RCW 19.86.090; *Keyes v. Bollinger*, 31 Wn.App. 286, 297 n.2 (1982) (purpose of treble damages under Washington Consumer Protection Act is to "punish the defendant and deter further violations"). Those practices, including repeated failures to respond to Plaintiff's inquiries about the status of insurance proceeds and efforts to foreclose on Plaintiff's property instead of applying insurance proceeds to a continually accruing loan balance, also have and had the capacity to injure other members of the public. The Court will enter an amended judgment increasing Plaintiff's award by $25,000.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of January, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2