UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF VERL A. BRANTNER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OCWEN LOAN SERVICING LLC,<br><br>　　　　　　　Defendant. | C17-582 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The Ninth Circuit Court of Appeals having issued its mandate on May 5, 2020, reversing and remanding this matter for a new trial, the Court SETS a telephone conference call for Tuesday, May 19, 2020, at 11:30 a.m.  The Court's staff will be in contact with counsel to provide a conference call number and access code.  The parties should be prepared to discuss the following issues:

　　　　　(a) Whether the parties should be required to mediate before a new trial date is set;

　　　　　(b) Whether any motion practice is necessary before a trial date is set;

　　　　　(c) In light of General Order 08-20 and the uncertainty of conducting a jury trial in the foreseeable future, whether the parties would consider consenting to a magistrate judge or this court conducting a bench trial; and

　　　　　(d) The status of the supersedeas bond and whether any Court action is necessary to release the bond.

MINUTE ORDER - 1

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of May, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2