UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF VERL A. BRANTNER,

Plaintiff,

v.

OCWEN LOAN SERVICING LLC,

Defendant.

C17-582 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the agreement of counsel, the Court DIRECTS that the supersedeas bond be released. *See* docket no. 104.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of May, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1