The Hon. Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ESTATE OF VERL A. BRANTNER, | Case No. 2:17-cv-00582-TSZ |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE TO MEDIATE TO JULY 31, 2020** |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

STIPULATED MOTION AND ORDER TO CONTINUE
MEDIATION DEADLINE
PAGE 1 OF 4 – CASE NO. 17-00582-TSZ
148616071.1

**Perkins Coie LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Plaintiff Estate of Verl A. Brantner ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant") (Defendant and Plaintiff are hereinafter referred to as the "Parties"), by and through their counsel of record, STIPULATE AND AGREE as follows:

**RECITALS**

1. Whereas on May 19, 2020, this Court directed the Parties to engage in Local Civil Rule 39.1 mediation and to file a joint status report informing the Court of the result of the mediation within 60 days from the date of the order.

2. Whereas the Parties' current deadline to mediate is on July 20, 2020[1].

3. Whereas during the hearing on May 19, 2020, this Court advised the Parties that it would permit a continuance of the deadline to mediate if the Parties became unable to complete mediation within the ordered time.

4. Whereas the Parties have selected a mediator, but the first available date convenient for all counsel and Parties is July 23, 2020.

5. Whereas the Parties have agreed to mediate on July 23, 2020, and therefore require a brief continuance of the deadline to mediate and to provide a status report on the results of the mediation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** and agreed by and between the Parties that this Court continue the Parties' deadline to mediate and to file a joint status report informing the Court of the result of the mediation to July 31, 2020.

---

[1] 60 days from the date of the order is Saturday, July 18, thus the Parties calculate the deadline to be the next court day.

STIPULATED MOTION AND ORDER TO CONTINUE MEDIATION DEADLINE
PAGE 2 OF 4 – CASE NO. 17-00582-TSZ
148616071.1

**Perkins Coie LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

1  **IT IS SO STIPULATED.**

2

3   DATED: _____, 2020

4                                             By: *s/ Ofunne N. Edoziem*
                                              Ofunne N. Edoziem, WSBA No. 54248
5                                             **Perkins Coie LLP**
                                              1888 Century Park E., Suite 1700
6                                             Los Angeles, CA  90067-1721
                                              Telephone:  310.788.9900
7                                             Facsimile:  310.788.3399
                                              Email:  OEdoziem@perkinscoie.com
8
                                              Attorneys for Defendant
9                                             Ocwen Loan Servicing, LLC

10

11
    DATED: _____, 2020
12

13                                            By: _____
                                              William E. Pierson, Jr., WSBA No. 13619
14                                            **Law Office of William E. Pierson, Jr. PC**
                                              108 S. Washington Street., Suite 202
                                              Seattle, WA  98104
15                                            Telephone:  206.254.0915
                                              bill.pierson@weplaw.com
16
                                              Attorneys for Plaintiff
17                                            Estate of Verl A. Brantner

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO CONTINUE
MEDIATION DEADLINE
PAGE 3 OF 4 – CASE NO. 17-00582-TSZ
148616071.1

**Perkins Coie LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

**ORDER**

Based on the joint stipulation of the Parties, and good cause having been shown: The stipulation is hereby entered as an order of this Court.

**IT SO ORDERED.**

DATED this 1st day of July, 2020.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO CONTINUE
MEDIATION DEADLINE
PAGE 4 OF 4 – CASE NO. 17-00582-TSZ
148616071.1

**Perkins Coie LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399