The Hon. Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ESTATE OF VERL A. BRANTNER, | Case No. 2:17-cv-00582-TSZ |
| Plaintiff, | **STIPULATED MOTION TO FURTHER CONTINUE DEADLINE TO MEDIATE TO AUGUST 31, 2020 AND MEDIATION JOINT STATUS REPORT; ORDER** |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

STIPULATED MOTION AND ORDER TO FURTHER
CONTINUE MEDIATION DEADLINE; JOINT STATUS
REPORT
PAGE 1 OF 4 – CASE NO. 17-00582-TSZ
148989910.1

Plaintiff Estate of Verl A. Brantner ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant") (Defendant and Plaintiff are hereinafter referred to as the "Parties"), by and through their counsel of record submit this joint status report and STIPULATE AND AGREE as follows:

## **RECITALS**

1. Whereas on May 19, 2020, this Court directed the Parties to engage in Local Civil Rule 39.1 mediation and to file a joint status report informing the Court of the result of the mediation within 60 days from the date of the order.

2. Whereas the Parties selected retired Judge Paris K. Kallas as their mediator and due to the Judge Kallas' limited availability, the Parties could not mediate until July 23, 2020. As a result, the Parties stipulated to continue the mediation deadline from July 20, 2020 to July 23, 2020 to accommodate the timing of the mediation.

3. Whereas on July 23, 2020, the Parties participated in a mediation but were unable to resolve their dispute. *See* Dkt. No. 134.

4. Whereas the Parties are continuing settlement discussions with the assistance of Judge Kallas, and as a result, desire to continue the mediation deadline for thirty days to August 31, 2020 to enable them to explore all settlement options.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** and agreed by and between the Parties that this Court continue the Parties' deadline to mediate and to file a joint status report informing the Court of the result of the Parties' continued efforts to settle to August 31, 2020.

1  **IT IS SO STIPULATED.**

2

3  DATED July 29, 2020

4                                        By:  *s/ Ofunne N. Edoziem*

Ofunne N. Edoziem, WSBA No. 54248
**Perkins Coie LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399
Email:  OEdoziem@perkinscoie.com

Attorneys for Defendant
Ocwen Loan Servicing, LLC

DATED:  July 29, 2020                    By: *s/ William E. Pierson, Jr.*
William E. Pierson, Jr., WSBA No. 13619
**Law Office of William E. Pierson, Jr. PC**
108 S. Washington Street., Suite 202
Seattle, WA  98104
Telephone:  206.254.0915
bill.pierson@weplaw.com

Attorneys for Plaintiff
Estate of Verl A. Brantner

STIPULATED MOTION AND ORDER TO FURTHER
CONTINUE MEDIATION DEADLINE; JOINT STATUS
REPORT
PAGE 3 OF 4 – CASE NO. 17-00582-TSZ
148989910.1

## ORDER

Based on the joint stipulation of the parties, the stipulation is hereby entered as an order of this Court.  On or before August 31, 2020, the parties shall inform the Court of the outcome of the settlement discussions and, if the case is not resolved, shall submit a joint status report including a proposed trial date and pretrial schedule for the timely completion of this action.

**IT SO ORDERED.**

Dated this 31st day of July, 2020.

_____
Thomas S. Zilly
United States District Judge