UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF VERL A. BRANTNER,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | C17-582 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The trial date of August 23, 2021, the pretrial conference date of August 13, 2021, and all related deadlines are STRICKEN, and will be reset, if appropriate, after the Court rules on the pending motions.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of July, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1